UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAJMA JUMA IBNTALAL,

                Plaintiff,

    -against-

CITY OF NEW YORK,

                Defendant.

22-CV-1500 (LTS)

CIVIL JUDGMENT

For the reasons stated in the August 1, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 1, 2022
              New York, New York

                                            /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                            Chief United States District Judge